# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Ford, Mark E. | **2. Court or Organization**<br><br>WDAR | **3. Date of Report**<br><br>04/22/2021 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>magistrate judge full-time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>Isaac C. Parker Federal Building<br>30 South 6th Street, Room 234<br>Fort Smith, AR 72901-2422 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/31/2014 | Withdrawal Agreement between Ford and Robertson, Beasley & Ford, PLLC. Ford to receive 60% of fees received for work done by Ford as a member of RBF. |
| 2. | 12/30/2014 | Agreement between Ford and former members of RBF. Ford to receive 60% of fees received for work done by Ford as a member of RBF and its successor, RBSR. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Arvest Bank - Accounts | A | Interest | M | T | | | | | |
| 2. Arvest Asset Management: JT TEN Fundsource Brokerage Account (H) | | | | | | | | | |
| 3. - Federated Hermes US Treasury IS (X) | A | Dividend | J | T | | | | | |
| 4. - Edgewood Growth Fund Instl Class | A | Distribution | J | T | | | | | |
| 5. - Washington Mutual Investors Fund Class F-2 | A | Dividend | J | T | | | | | |
| 6. | A | Distribution | | | | | | | |
| 7. - Baird Aggregate Bond Fund Instl Class | A | Dividend | | | Sold | 03/11/20 | J | A | |
| 8. - Baron Small-Cap Fund Institutional Class | A | Distribution | J | T | | | | | |
| 9. - Eaton Vance Income Fund of Boston Institutional | A | Dividend | | | Sold | 03/11/20 | J | A | |
| 10. - Harbor Capital Appreciation Fund | A | Distribution | J | T | | | | | |
| 11. - Lazard Emerging Markets Portfolio (Instl Cl) | A | Dividend | J | T | | | | | |
| 12. - MFS Value Fund Class I | A | Dividend | J | T | | | | | |
| 13. | A | Distribution | | | | | | | |
| 14. - MFS Emerging Market Debt Fund Class I | A | Dividend | | | Sold | 03/11/20 | J | A | |
| 15. - EuroPacific Growth Fund Class F-2 | A | Dividend | J | T | | | | | |
| 16. - Invesco Oppenheimer INTL GRWTH FD CL Y SHS | A | Dividend | J | T | | | | | |
| 17. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Principal Global Real Estate Sec Fund Instl Cl | A | Dividend | J | T | | | | | |
| 19.   - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | A | Dividend | J | T | | | | | |
| 20.   - Virtus Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | J | T | | | | | |
| 21. | A | Distribution | | | | | | | |
| 22.   - T Rowe Price Mid-Cap Growth | A | Distribution | J | T | | | | | |
| 23.   - T Rowe Price Real Estate | A | Dividend | J | T | | | | | |
| 24. | A | Distribution | | | | | | | |
| 25.   - T Rowe Price Overseas Stock Fund | A | Dividend | J | T | | | | | |
| 26.   - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | | | | | |
| 27. | A | Distribution | | | | | | | |
| 28.   Arvest Asset Management: SEP IRA Brokerage Account (H) | | | | | | | | | |
| 29.   - Federated Hermes TR US TRSY IS (X) | A | Dividend | J | T | | | | | |
| 30.   - ISHARES TR MSCI EAFE GROWTH EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 31. | | | | | Sold (part) | 10/09/20 | J | A | |
| 32. | | | | | Sold (part) | 11/05/20 | J | A | |
| 33.   - ISHARES INC ESG MSCI EM EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 34. | | | | | Buy (add'l) | 10/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/05/20 | J | A | |
| 36.  - ISHARES TR MSCI USA ESG OPTIMIZED EFT | A | Dividend | J | T | Buy | 07/29/20 | K | | |
| 37.  - ISHARES TR U S TREAS BD EFT | A | Dividend | J | T | Buy | 07/29/20 | K | | |
| 38. | A | Distribution | | | | | | | |
| 39. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 40. | | | | | Sold (part) | 11/05/20 | J | A | |
| 41.  - ISHARES TR CORE MSCI EAFE EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 42. | | | | | Sold (part) | 10/09/20 | J | A | |
| 43.  - ISHARES TR 1-5 YR INVT GRADE CORPORATE BD EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 44. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 45. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 46.  - ISHARES TR DOW JONES US MEDICAL DEVICES INDEX | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 47.  - ISHARES TR CORE S&P SMALL-CAP EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 48. | | | | | Sold (part) | 10/09/20 | J | A | |
| 49.  - ISHARES TR CORE S&P 500 EFT | A | Dividend | J | T | Buy | 07/29/20 | K | | |
| 50. | | | | | Sold (part) | 10/09/20 | J | A | |
| 51. | | | | | Buy (add'l) | 11/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - ISHARES TR GLOBAL TECH EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 53. | | | | | Sold (part) | 10/09/20 | J | A | |
| 54. - ISHARES TR US FINL SVCS EFT | A | Dividend | | | Buy | 07/29/20 | J | | |
| 55. | | | | | Sold | 10/09/20 | J | A | |
| 56. - ISHARES TR IBOXX USD INVT GRADE CORP BD EFT | A | Dividend | K | T | Buy | 07/29/20 | K | | |
| 57. | | | | | Sold (part) | 10/09/20 | J | A | |
| 58. - ISHARES U S ETF TR SHORT MATURITY BD EFT | A | Dividend | | | Buy | 07/29/20 | J | | |
| 59. | | | | | Sold | 10/09/20 | J | A | |
| 60. - ISHARES TR 0-5 YR HIGH YIELD CORP BD EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 61. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 62. - ISHARES TR BARCLAYS 20+ YR TREAS BD EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 63. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 64. - ISHARES TR MSCI USA MINIMUM VOLATILITY EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 65. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 66. - ISHARES TR EDGE MSCI USA VALUE FACTOR EFT | A | Dividend | J | T | Buy | 07/29/20 | J | | |
| 67. | | | | | Sold (part) | 10/09/20 | J | A | |
| 68. - ISHARES TR MBS ETF | A | Dividend | J | T | Buy | 10/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 70. - ISHARES ESG AWARE MSCI UAS ETF | A | Dividend | K | T | Buy | 10/09/20 | J | | |
| 71. | | | | | Sold<br>(part) | 11/05/20 | J | A | |
| 72. - Edgewood Growth Fund Instl Class | | | | | Sold | 07/16/20 | J | A | |
| 73. - Washington Mutual Investors Fund Class F-2 | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 74. - Baird Aggregate Bond Fund Instl Class | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 75. - Baron Small-Cap Fund Institutional Class | | | | | Sold | 07/16/20 | J | A | |
| 76. - Eaton Vance Income Fund of Boston Institutional | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 77. - Harbor Capital Appreciation Fund | | | | | Sold | 07/16/20 | J | A | |
| 78. - Lazard Emerging Markets Portfolio (Instl Cl) | | | | | Sold | 07/16/20 | J | A | |
| 79. - MFS Value Fund Class I | A | Dividend | | | Sold | 07/16/20 | K | A | |
| 80. - MFS Emerging Market Debt Fund Class I | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 81. - EuroPacific Growth Fund Class F-2 | | | | | Sold | 07/16/20 | J | A | |
| 82. - Invesco Oppenheimer INTL GRWTH FD CL Y SHS | | | | | Sold | 07/16/20 | J | A | |
| 83. - Principal Global Real Estate Sec Fund Instl Cl | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 84. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | | | | | Sold | 07/16/20 | J | A | |
| 85. - Virtus Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | | | Sold | 07/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ford, Mark E. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | | | | | |
| 87.   - T Rowe Price Real Estate | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 88.   - T Rowe Price Mid-Cap Growth | | | | | Sold | 07/16/20 | J | A | |
| 89.   - T Rowe Price Overseas Stock Fund | | | | | Sold | 07/16/20 | J | A | |
| 90.   - Victory Sycamore Small Co Oppty FD CL I | | | | | Sold | 07/16/20 | J | A | |
| 91.   Arvest Asset Management: IRA Brokerage Account (H) | | | | | | | | | |
| 92.   - Federated Hermes US Treasury IS (X) | A | Dividend | | | Buy (add'l) | 07/17/20 | K | | |
| 93. | | | | | Sold | 08/04/20 | K | A | |
| 94.   - FT Unit 8801 60/40 Strategic Allocation Port 3Q | A | Dividend | K | T | Buy | 08/04/20 | K | | |
| 95.   - Liquid Insured Deposits (X) | A | Dividend | J | T | | | | | |
| 96.   - Edgewood Growth Fund Instl Class | | | | | Sold | 07/16/20 | J | A | |
| 97.   - Washington Mutual Investors Fund Class F-2 | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 98.   - Baird Aggregate Bond Fund Instl Class | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 99.   - Baron Small-Cap Fund Institutional Class | | | | | Sold | 07/16/20 | J | A | |
| 100.  - Eaton Vance Income Fund of Boston Institutional | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 101.  - Harbor Capital Appreciation Fund | | | | | Sold | 07/16/20 | J | A | |
| 102.  - Lazard Emerging Markets Portfolio (Instl Cl) | | | | | Sold | 07/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - MFS Value Fund Class I | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 104.  - MFS Emerging Market Debt Fund Class I | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 105.  - EuroPacific Growth Fund Class F-2 | | | | | Sold | 07/16/20 | J | A | |
| 106.  - Invesco Oppenheimer INTL GRWTH FD CL Y SHS | | | | | Sold | 07/16/20 | J | A | |
| 107.  - Principal Global Real Estate Sec Fund Instl Cl | | | | | Sold | 07/16/20 | J | A | |
| 108.  - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 109.  - Virtus Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 110. | A | Distribution | | | | | | | |
| 111.  - T Rowe Price Real Estate | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 112. | A | Distribution | | | | | | | |
| 113.  - T Rowe Price Mid-Cap Growth | A | Dividend | | | Sold | 07/16/20 | J | A | |
| 114.  - T Rowe Price Overseas Stock Fund | | | | | Sold | 07/16/20 | J | A | |
| 115.  - Victory Sycamore Small Co Oppty FD CL I | | | | | Sold | 07/16/20 | J | A | |
| 116. Arvest Asset Management: Spousal IRA Brokerage Account (H) | | | | | | | | | |
| 117.  - Federated Hermes US Treasury IS | A | Dividend | K | T | | | | | |
| 118. American Funds Brokerage Account (H) | | | | | | | | | |
| 119.  - The New Economy Fund - A Fund # 14 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ford, Mark E.** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | A | Distribution | | | | | | | |
| 121.  - Washington Mutual Investors Fund - A Fund # 1 | A | Dividend | J | T | | | | | |
| 122. | A | Distribution | | | | | | | |
| 123.  Northwestern Mutual Life: Extraordinary Life Policy | B | Dividend | K | T | | | | | |
| 124.  Northwestern Mutual Life: Whole Life Policy | A | Dividend | J | T | | | | | |
| 125.  Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 126.  Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 127.  Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 128.  Northwestern Mutual Life: 65 Life | A | Dividend | J | T | | | | | |
| 129.  Northwestern Mutual Life: Paid Up Life | A | Dividend | J | T | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. Ford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544